IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 10-cv-01950-MSK-CBS

FRANK B. DAY; and
FBD MANAGEMENT, INC.,

        Plaintiff,

v.

UNITED STATES OF AMERICA,

        Defendant.

## ORDER OF REFERENCE TO MAGISTRATE JUDGE

This matter comes before the Court, *sua sponte*.

**IT IS ORDERED** that pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and FED. R. CIV. P. 72(a) and (b), this matter is referred to United States Magistrate Judge Craig B. Shaffer to conduct proceedings in this action as follows:

- (X)    Convene a scheduling conference under FED. R. CIV. P. 16(b); enter a Scheduling Order meeting the requirements of D.C.COLO.LCivR 16.2; and hear and determine any motions seeking amendment or modification of the Scheduling Order.

- (X)    Convene such settlement conferences as may facilitate resolution of this case.

- (X)    Hear and determine motions relating to discovery.

- (X)    Hear and determine such other non-dispositive motions as may be specifically referred.

- (X)    Conduct hearings, including evidentiary hearings, and submit proposed findings of fact and recommendations for rulings on specifically referred dispositive motions.

**IT IS FURTHER ORDERED that parties and counsel shall be familiar and comply**

**with Judge Krieger's requirements found at** www.cod.uscourts.gov **.**

DATED this 10th day of February, 2011.

BY THE COURT:

_Marcia S. Krieger_

Marcia S. Krieger
United States District Judge